RECEIVED

JUL 0 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**CHARLES T. BUTLER**

VS

**WARDEN, LA STATE PENITENTIARY**

CIVIL NO. 3:01CV2733
JUDGE JAMES
MAG. JUDGE KIRK

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas action, and, considering the record in this case, the requirements of 28 U.S.C. §2253, and the Supreme Court's decision in *Slack v. McDaniel*, 529 U. S. 473, 478 (2000), the court hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

MONROE, LOUISIANA, this _8_ day of _July_, 2005

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE